PER CURIAM.

(No. 75-CC-453— )

CENTRAL OFFICE EQUIPMENT COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed January 14, 1975.*

ROBERT H. GOLDMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.